# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL R. GREENE, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JOHN F. STREET, Chairman | : NO. 10-4529 |
| JANNIE L. BLACKWELL, | : |
| DEBRA L. BRADY, | : |
| PATRICK J. EIDING, and | : |
| NELLIE W. REYNOLDS d/b/a | : |
| PHILADELPHIA HOUSING AUTHORITY | : |
| BOARD OF COMMISSIONERS | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this *20th* day of *January*, 2011, upon consideration of Defendants John F. Street, Debra L. Brady, Patrick J. Eiding, and Nellie Reynolds's Motion to Dismiss Plaintiff Carl R. Greene's Amended Complaint (Docket No. 17), Plaintiff's Response (Docket No. 19), and Defendants' Reply (Docket No. 20), it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Moving Defendants' Motion to Dismiss Plaintiff's claims for Denial of Procedural Due Process, Defamation, and False Light Invasion of Privacy is **GRANTED**. Counts I, III, and IV are **DISMISSED** as against moving Defendants.

2. Moving Defendants' Motion to Dismiss Plaintiff's breach of contract claim (Count II) is **GRANTED**. Plaintiff may file a motion seeking leave to file a second amended complaint with respect to this issue as well as the deprivation of liberty interest in reputation issue. This motion must be filed on or before

February 11, 2011. Failure to do so may result in dismissal with prejudice upon motion of defendants.

3. This Order shall have no effect on Plaintiff's claims against Defendant Jannie L. Blackwell, as she has not joined in the motion now before the court.

It is so **ORDERED**.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.