IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL R. GREENE<br>103 Surgeon General's Court<br>Philadelphia, PA  19146, | : <br> : <br> : <br> : | |
| *Plaintiff,* | : <br> : <br> : | |
| v. | : <br> : | |
| JOHN F. STREET, CHAIRMAN,<br>JANNIE L. BLACKWELL,<br>DEBRA L. BRADY,<br>PATRICK J. EIDING, and<br>NELLIE W. REYNOLDS<br>d/b/a<br>PHILADELPHIA HOUSING AUTHORITY<br>BOARD OF COMMISSIONERS<br>12 South 23rd street<br>Philadelphia, PA  19103, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil Action No. 10-04529 |
| *Defendants.* | : | |

## ORDER

AND NOW, this _____ day of _____, 2011, upon consideration of Defendant Jannie L. Blackwell's Motion to Join Defendants John F. Street, Debra L. Brady, Patrick J. Eiding and Nellie W. Reynolds' Motion to Dismiss Plaintiff's Amended Complaint and for the Court to Amend its January 20, 2011 Order to Dismiss Plaintiff's Claims Against Defendant Jannie L. Blackwell, it is hereby ORDERED that the Motion is GRANTED and that Counts I and II of Plaintiff's Complaint as to Defendant Jannie L. Blackwell are DISMISSED.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CARL R. GREENE | : | |
| 103 Surgeon General's Court | : | |
| Philadelphia, PA  19146, | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN F. STREET, CHAIRMAN, | : | |
| JANNIE L. BLACKWELL, | : | Civil Action No. 10-04529 |
| DEBRA L. BRADY, | : | |
| PATRICK J. EIDING, and | : | |
| NELLIE W. REYNOLDS | : | |
| d/b/a | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | |
| BOARD OF COMMISSIONERS | : | |
| 12 South 23rd street | : | |
| Philadelphia, PA  19103, | : | |
| | : | |
| *Defendants.* | : | |

**UNCONTESTED MOTION TO JOIN DEFENDANT JANNIE L. BLACKWELL**
**IN DEFENDANTS JOHN F. STREET, DEBRA L. BRADY, PATRICK J. EIDING**
**AND NELLIE W. REYNOLDS' MOTION TO DISMISS PLAINTIFF'S**
**AMENDED COMPLAINT AND TO AMEND THE JANUARY 20, 2011 ORDER**
**<u>DISMISSING PLAINTIFF'S CLAIMS</u>**

Defendant Jannie L. Blackwell, by and through her undersigned counsel, hereby moves to join Defendants John F. Street, Debra L. Brady, Patrick J. Eiding and Nellie W. Reynolds' Motion to Dismiss Plaintiff's Amended Complaint and for the Court to amend its January 20, 2011 Order to dismiss Plaintiff's claims against Defendant Jannie L. Blackwell ("Defendant Blackwell").  Plaintiff does not oppose this motion.

In support of her motion, Defendant Blackwell avers as follows:

1.     Plaintiff filed his Amended Complaint against Defendants John F. Street, Debra L. Brady, Patrick J. Eiding, Nellie W. Reynolds, and Jannie L. Blackwell on October 6, 2010

alleging two counts: I) denial of procedural due process; and II) breach of contract.[1]  *See* Dkt. No. 7.

2. Defendants John F. Street, Debra L. Brady, Patrick J. Eiding, and Nellie W. Reynolds moved to dismiss all of Plaintiff's claims on October 22, 2010.  *See* Dkt. No. 17.

3. On January 20, 2011, this Court dismissed Plaintiff's complaint, including Counts I and II.[2]  *See* Dkt. No. 22.

4. Defendant Blackwell submits that this Court's reasoning is applicable to the same allegations against her, and respectfully requests that this Court: 1) permit her to join Defendants John F. Street, Debra L. Brady, Patrick J. Eiding, and Nellie W. Reynolds' Motion to Dismiss; and 2) amend its January 20, 2011 Order to dismiss Counts I and II as to her.

5. Clifford Haines, counsel for Plaintiff, has advised counsel for Defendant Blackwell that he does not object to this motion.

---

[1] The remaining counts of defamation and false light invasion of privacy were filed only against Defendant John F. Street.

[2] This Court also granted Plaintiff leave to file a second amended complaint with respect to the breach of contract claim and deprivation of a liberty interest in reputation.  *See* Dkt. No. 22 at p. 1.

-3-

For the foregoing reasons, Defendant Jannie Blackwell respectfully requests that this Court grant her motion to join Defendants' Motion to Dismiss and to amend its January 20, 2011 Order to dismiss Counts I and II as to her.

Dated: January 27, 2011            By:   *s/ Richard L. Scheff*
                                         Richard L. Scheff
                                         Stephen A. Madva
                                         Tricia J. Sadd
                                         Montgomery, McCracken,
                                           Walker & Rhoads, LLP
                                         123 South Broad Street
                                         Philadelphia, PA  19109
                                         (tel) 215-772-1500
                                         (fax) 215-772-7620
                                         rscheff@mmwr.com
                                         smadva@mmwr.com
                                         tsadd@mmwr.com

                                         *Attorneys for Defendant Jannie L. Blackwell*

## **CERTIFICATE OF SERVICE**

I, Richard L. Scheff, hereby certify that on this 27th day of January, 2011, I caused a true and correct copy of the foregoing Uncontested Motion to Join Defendant Jannie L. Blackwell in Defendants John F. Street, Debra L. Brady, Patrick J. Eiding and Nellie W. Reynolds' Motion to Dismiss Plaintiff's Amended Complaint and to Amend this Court's January 20, 2011 Order to Dismiss Plaintiff's Claims to be electronically served upon the following counsel via the Court's electronic notification system and by First Class U.S. Mail:

> Clifford E. Haines, Esquire
> Lauren A. Cates, Esquire
> Haines & Associates
> 1835 Market Street
> Suite 2420
> Philadelphia, PA  19103
> (tel)  215-246-2200
> (fax) 215-246-2211
> *Attorneys for Plaintiff*
>
> Richard A. Sprague, Esquire
> Joseph R. Podraza, Jr., Esquire
> Thomas E. Groshens, Esquire
> The Wellington Bldg, Suite 400
> 135 South 19th Street
> Philadelphia, PA 19103
> (tel) 215-561-7681
> (fax) 215-561-6913
> *Attorneys for Defendants John F. Street, Debra L. Brady,*
> *Patrick J. Eiding and Nellie W. Reynolds*

    *s/ Richard L. Scheff*
    Richard L. Scheff