IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL R. GREENE, | : |
|         Plaintiff, | : CIVIL ACTION |
| v. | : |
| JOHN F. STREET, Chairman<br>JANNIE L. BLACKWELL,<br>DEBRA L. BRADY,<br>PATRICK J. EIDING,<br>NELLIE W. REYNOLDS, and<br>PHILADELPHIA HOUSING AUTHORITY | : NO. 10-4529 |
|         Defendants. | : |

## ORDER

**AND NOW**, this _____ day of *June,* 2011, upon consideration of Defendant Jannie L. Blackwell's Motion to Dismiss Count II of Plaintiff Carl R. Greene's Second Amended Complaint (Docket No. 31); Defendants John F. Street, Debra L. Brady, Patrick J. Eiding, Nellie Reynolds, and Philadelphia Housing Authority's Motion to Dismiss Plaintiff's Second Amended Complaint (Docket No. 32); Plaintiff's Response in Opposition (Docket No. 35); Defendants Street, Brady, Eiding, Reynolds and Philadelphia Housing Authority's Reply Brief (Docket No. 36); and Defendant Blackwell's Motion of Joinder of Defendants' Reply Brief (Docket No. 37), it is hereby **ORDERED** as follows:

1. Defendant Blackwell's Motion to Dismiss Count II of Plaintiff's Second Amended Complaint is **GRANTED**. The Second Amended Complaint is **DISMISSED** in its entirety as to Defendant Blackwell.

2. Defendants Street, Brady, Eiding, and Reynolds's Motion to Dismiss Plaintiff's breach of contract claim is **GRANTED**. Count II is **DISMISSED** as to Defendants Street, Brady, Eiding, and Reynolds.

3. Defendants Street, Brady, Eiding, and Reynolds's Motion to Dismiss Plaintiff's claim for deprivation of liberty interest in reputation without due process (Count I) is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

    S/ *RONALD L. BUCKWALTER*
RONALD L. BUCKWALTER, S.J.