IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL R. GREENE, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| JOHN F. STREET, Chairman | : | NO. 10-4529 |
| DEBRA L. BRADY, | : | |
| PATRICK J. EIDING, | : | |
| NELLIE W. REYNOLDS, and | : | |
| PHILADELPHIA HOUSING AUTHORITY | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this *26th* day of *June,* 2012, upon consideration of Defendants John F. Street, Debra L. Brady, Patrick J. Eiding, Nellie Reynolds, and Philadelphia Housing Authority's ("PHA") Motion to Compel Further Deposition Testimony (Docket No. 58), Plaintiff's Response in Opposition (Docket No. 61), and Defendants' Reply (Docket No. 62), it is hereby **ORDERED** as follows:

1. Defendants' Motion is **GRANTED**;

2. Within ten (10) days of this Order, Plaintiff shall fully and completely respond to all questions that were the subject of the Motion, as well as all other relevant questions posed by Defendants at his second deposition;

3. The deposition shall last no longer than four (4) hours, and may be conducted via telephone;

4. Plaintiff cannot assert the attorney-client privilege with regard to his communications with attorney Mark Foley regarding the sexual harassment complaints that are relevant to this lawsuit; and

5. Defendants' request for expenses is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.