# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL R. GREENE, | : |
| | : CIVIL ACTION |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| JOHN F. STREET, Chairman | : NO. 10-4529 |
| DEBRA L. BRADY, | : |
| PATRICK J. EIDING, | : |
| NELLIE W. REYNOLDS, and | : |
| PHILADELPHIA HOUSING AUTHORITY | : |
| | : |
| Defendants. | : |

## ORDER

**AND NOW**, this *29th* day of *August*, 2012, upon consideration of Defendants John F. Street, Debra L. Brady, Patrick J. Eiding, Nellie W. Reynolds, and Philadelphia Housing Authority's Motion for Summary Judgment (Docket No. 63), Plaintiff Carl R. Greene's Response in Opposition (Docket No. 65), Defendants' Reply Brief (Docket No. 68), and Plaintiff's Sur-Reply (Docket No. 69), it is hereby **ORDERED** as follows:

1. Defendants John F. Street, Debra L. Brady, Patrick J. Eiding, and Nellie W. Reynolds's Motion for Summary Judgment on Plaintiff's claim for deprivation of liberty interest in reputation without due process of law (Count I) is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendants John F. Street, Debra L. Brady, Patrick J. Eiding, and Nellie W. Reynolds; and

2. Defendant Philadelphia Housing Authority's Motion for Summary Judgment on Plaintiff's breach of contract claim (Count II) is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.