IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL R. GREENE,<br><br>    Plaintiff,<br><br>    v.<br><br>PHILADELPHIA HOUSING AUTHORITY,<br><br>    Defendants. | Civil Action No. 2:10-cv-04529-RB |

## DEFENDANT'S OBJECTIONS TO PORTIONS OF THE DEPOSITION TESTIMONY OF CAROLYN GRIFFITH AMREIN

Defendant Philadelphia Housing Authority ("PHA"), by and through its undersigned counsel, Kleinbard Bell & Brecker LLP, hereby submits its objections to portions of the videotaped deposition testimony of Carolyn Griffith Amrein pursuant to paragraph 10 of the Pretrial and Trial Procedures Before Judge Ronald L. Buckwalter.

As stated in PHA's Pretrial Memorandum, PHA has identified Ms. Griffith Amrein as a witness at trial and intends to present her testimony by videotape because she is unavailable for trial. PHA also has filed a motion seeking to use this videotaped deposition in lieu of Ms. Griffith Amrein's live testimony at trial. (*See* PHA's Motion *in Limine* for a Ruling That Certain Witnesses are Unavailable to Testify in Person at Trial and That Their Videotaped Deposition May be Used in Lieu of Their Live Testimony. (Docket No. 87). Portions of Ms. Griffith Amrein's testimony that were elicited by Plaintiff's counsel, however, should be excluded on the basis of relevancy and/or hearsay. Accordingly, as set forth below by reference to page and line

of the deposition transcript, PHA objects to the following portions of Ms. Griffith Amrein's testimony:[1]

## SPECIFIC OBJECTIONS

| PAGE/LINE OF DEPOSITION | BASIS FOR OBJECTION |
|---|---|
| 78:21 – 82:3 | Irrelevant, Federal Rule of Evidence ("FRE") 402 |
| 85:20 – 86:6 | This is an exchange between counsel and not testimony of the witness. |
| 88:15 – 93:9 | Irrelevant, FRE 402<br>Hearsay, FRE 802 |
| 93:10 – 94:9 | This is an exchange between counsel and not testimony of the witness. |
| 95:1 –13 | This is an exchange between counsel and not testimony of the witness. |
| 96:2 – 99:21 | This is an exchange between counsel and not testimony of the witness. |
| 100:14 – 22 | Objection to the form of the question because it is vague and ambiguous. |
| 102:10 – 103:9 | Irrelevant, FRE 402 |
| 103:10 – 105:16 | This is an exchange between counsel and not testimony of the witness. |
| 101:18 – 106:15 | Irrelevant, FRE 402 |
| 107:3 – 108:19 | Irrelevant, FRE 402 |
| 110:13 – 112:19 | Irrelevant, FRE 402 |
| 115:11 – 17 | This is an exchange between counsel and not testimony of the witness. |

---

[1] Ms. Griffith Amrein was deposed on March 24, 2012. A copy of the complete transcript of Ms. Griffith Amrein's deposition, with exhibits, will be provided separately to the Court.

| | |
|---|---|
| 117:23 – 120:15 | Irrelevant, FRE 402<br>Objection to the form of the questions because they are vague and ambiguous. |
| 123:21 – 124:19 | Irrelevant, FRE 402 |

 

                            Respectfully submitted,

                            /s/ Steven J. Engelmyer
                            Steven J. Engelmyer, Esquire
                            Eric J. Schreiner, Esquire
                            Lorena E. Ahumada, Esquire
                            KLEINBARD BELL & BRECKER LLP
                            One Liberty Place, 46th Floor
                            1650 Market Street
                            Philadelphia, PA 19103
Dated:  January 18, 2013           (215) 568-2000

## CERTIFICATION OF SERVICE

I, Lorena E. Ahumada, Esquire, hereby certify that on the date below I filed the foregoing Defendant's objections to portions of the testimony of Carolyn Griffith Amrein via the Court's ECF system. I further certify that on this same date, I caused a true and correct copy of the same to be served via the ECF system upon the following:

>Clifford E. Haines, Esq.
>Lauren A. Warner, Esq.
>Haines & Associates
>1835 Market Street, Suite 240
>Philadelphia, PA 19103
>215-246-2200
>
>*Counsel for Plaintiff Carl R. Greene*

>/s/ Lorena E. Ahumada
>Lorena E. Ahumada, Esq.

Dated: January 18, 2013